# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mortgage Electronic Registration
Systems, Inc., et al.,

        Plaintiffs,                    Civil 05-1670 (PAM/JJG)

v.

                                       **ORDER OF DISMISSAL**

Rosemarie Moriarty, et al.,

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February   13   , 2007

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Judge